United States District Court

Eastern District of Louisiana

Rawboe Prop L L C

v.                                                CIVIL ACTION NO. 2:00-cv-00196
                                                                    T(2)
Westchester Fire Ins


    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 24, 2000.

                                            By Direction of the Court

                                            LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 20 P 4: 28

L___ ___ __YTE

13,523st

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, LLC and ROGER T. BOES | * | CIVIL ACTION NO.: **00-0196** |
| | * | DIVISION: |
| VERSUS | * | SECTION **SECT. T MAG. 2** |
| WESTCHESTER FIRE INSURANCE COMPANY | * | |

\* \* \* \* \* \* \*

### NOTICE OF REMOVAL

COMES NOW WESTCHESTER FIRE INSURANCE COMPANY, (hereinafter referred to as "Westchester") through undersigned counsel, who seeks to remove the instant action to this Court from Civil District Court for the Parish of Orleans, State of Louisiana, and represents the following:

1.

This case was commenced in the Civil District Court for the Parish of Orleans, State of Louisiana, on or about December 29, 1999, and a copy of plaintiffs' Petition setting forth the claim for relief upon which the action is based was first received by defendants on or about January 6, 2000.



2.

Plaintiffs, Rawboe Properties, LLC and Roger T. Boes, are domiciled in the State of Louisiana.

3.

Plaintiffs have sued Westchester Fire Insurance Company as the fire insurers of property owned by plaintiffs at 512-14-16 Gravier Street, New Orleans, Louisiana. Westchester is a foreign insurance corporation, incorporated in the State of New York and having its principal place of business in Atlanta, Georgia.

4.

Plaintiffs are completely diverse from defendants for federal jurisdictional purposes.

5.

The action is a civil action in which plaintiffs allege they are owners of property located at 512-14-16 Gravier Street, New Orleans, Louisiana and/or are named insureds under Westchester Policy No.: 6070322016, and allege damages of over $116,140.00 arising out of the instant claim under that policy.

6.

According to Louisiana jurisprudence, the amount is controversy for plaintiffs' claim exceeds $75,000.00, exclusive of legal interest and costs, if plaintiffs' case is proven to be true. (See particularly plaintiffs' Petition, Exhibit "A" hereto). The jurisdictional amount has been satisfied with respect to the claims against Westchester, since that amount exceeds $75,000.00, exclusive of legal interest and costs.

7.

This Court has original jurisdiction over the claims against Westchester pursuant to 28 U.S.C. §1332, and removal of jurisdiction pursuant to 28 U.S.C. §1441(a).

8.

This removal has been instituted within one year of the commencement of this action, and within thirty (30) days of the first notice by service of the suit by the defendant. Therefore, the removal is timely pursuant to 28 U.S.C. §1446.

9.

All pleadings in the State Court record are attached as Exhibit "A".

10.

Defendants will give written notice of the filing of this Notice, and a copy of this Notice will be filed with the Clerk of Civil District Court for the Parish of Orleans, State of Louisiana, as required by 28 U.S.C. §1446(d).

WHEREFORE, defendant WESTCHESTER FIRE INSURANCE respectfully submits that the removal of this action is proper and this Court has subject matter jurisdiction.

Respectfully submitted:

*/s/ Richard A. Fraser*
NORMAN C. SULLIVAN, JR. (12574)
RICHARD A. FRASER, III (#5831)

and

GELPI SULLIVAN CARROLL
Texaco Center
400 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Telephone: 504.524.9714
Attorneys for Westchester Fire
Insurance Company