UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

*************************************************************

**MOTION FOR EXTENSION OF TIME TO SERVE AMENDED PETITION**

NOW INTO COURT, through undersigned counsel, come plaintiffs, RAWBOE PROPERTIES, L.L.C. and ROGER T. BOES, who respectfully move this Honorable Court for an extension of twenty (20) days within which to serve the Amended Petition upon defendants.

Respectfully submitted:

Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

DATE OF ENTRY
MAY 1 7 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | * | MAG. (2) (WILKINSON) |

*****************************************************************

### ORDER

Considering the foregoing Motion for Extension of Time to Serve Amended Petition:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs, RAWBOE PROPERTIES, L.L.C. and ROGER T. BOES, be, and are hereby granted an additional twenty (20) days within which to serve the Amended Petition upon defendants, WESTCHESTER FIRE INSURANCE COMPANY and ACE USA.

SIGNED IN New Orleans, Louisiana, this the 16th day of May, 2000.

_____
JUDGE