UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | * | MAG. (2) (WILKINSON) |

*****************************************************************

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, come RICHARD A. WEIGAND and ESTHER A. REDMANN, of the law firm of WEIGAND & LEVENSON, who respectfully move this Honorable Court to be substituted as counsel of record for plaintiffs, RAWBOE PROPERTIES, L.L.C. and ROGER T. BOES, as MARK DORSEY of the law firm of DORSEY & BOSSETTA has been discharged, and RICHARD A. WEIGAND and ESTHER A. REDMANN, have been retained as plaintiffs' new counsel.

Respectfully submitted:

_____
Richard A. Weigand, P.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

_____
Mark G. Dorsey (#17943)
DORSEY & BOSSETTA
511 Gravier Street, Suite 100
New Orleans, LA 70130
Telephone: (504) 529-4541

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 MAY 12 P 12: 20
LORETTA G. WHYTE
CLERK

DATE OF ENTRY
MAY 17 2000

Fee_____
Process___
X/Dktd____
CtRmDep___
Doc.No.___

**CERTIFICATE**

I do hereby certify that a copy of the above and foregoing Motion to Substitute Counsel of Record has been served, by mail, upon all counsel of record, this the 12th day of May, 2000.

_____
Richard A. Weigand

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | * | MAG. (2) (WILKINSON) |

*************************************************************

### ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that MARK DORSEY of the law firm of DORSEY & BOSSETTA, be, and is hereby withdrawn from the above entitled matter, and that RICHARD A. WEIGAND and ESTHER A. REDMANN, of the law firm of WEIGAND & LEVENSON, be, and are hereby substituted as counsel of record for plaintiffs, RAWBOE PROPERTIES, L.L.C. and ROGER T. BOES.

SIGNED IN New Orleans, Louisiana, this the 16th day of May, 2000.

_____
JUDGE