UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

*****************************************************************

## MOTION TO DISMISS DEFENDANT

NOW INTO COURT, through undersigned counsel, come plaintiffs, RAWBOE PROPERTIES, L.L.C. and ROGER T. BOES, who respectfully move this Honorable Court to dismiss defendant ACE USA for the reasons more fully outlined in the attached Memorandum in Support of Motion To Dismiss Defendant.

Respectfully submitted,

Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

DATE OF ENTRY
JUN 1 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS DEFENDANT

MAY IT PLEASE THE COURT:

The original petition filed on behalf of plaintiffs, RAWBOE PROPERTIES, L.L.C. and ROGER T. BOES by prior counsel named as defendants to this litigation both the insurer of the property, WESTCHESTER FIRE INSURANCE COMPANY, as well as the insurance adjuster, ACE USA. Present counsel moves this Honorable Court to dismiss the insurance adjuster ACE, USA as a defendant to this litigation as joinder of this party is unnecesary. The adjuster is an agent of the insurance company and has not made an appeareance herein. ACE USA is not currently represented by counsel.

Counsel for defendant, WESTCHESTER FIRE INSURANCE COMPANY, has been contacted and has no objection to this Motion.

Respectfully submitted,

_[signature]_

Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATION

I do hereby certify that counsel for defendant, Westchester Fire Insurance Company, has been contacted and has no objection to the filing of the foregoing Motion to Dismiss Defendant.

Respectfully submitted,

_____
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served, by facsimile and mail, upon all counsel of record, this 30th day of May, 2000.

_____
Richard A. Weigand

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

O R D E R

Considering the foregoing Motion to Dismiss Defendant:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant adjuster ACE USA is dismissed as a defendant to this lawsuit.

SIGNED in New Orleans, Louisiana, this 31 day of May, 2000.

_____
JUDGE