UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

*****************************************************************

### MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, come plaintiffs, RAWBOE PROPERTIES, L.L.C. and ROGER T. BOES, who respectfully move this Honorable Court to hear expeditiously its MOTION TO CONTINUE the hearing on defendant's Motion for Summary Judgment requested for June 21, 2000 for the reasons more fully outlined in the attached Memorandum in Support of Motion For Expedited Hearing.

Respectfully submitted,

_____
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

DATE OF ENTRY
JUN 2 2000

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by mail this 1st day of June, 2000.

_____
RICHARD A. WEIGAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RAWBOE PROPERTIES, L.L.C.  *  CIVIL ACTION
ET AL
                                        *  NO. 00-0196

VERSUS
                                        *  SECTION "T" (PORTEOUS)

WESTCHESTER FIRE INSURANCE CO.
                                        *  MAG. (2) (WILKINSON)

*******************************************************************

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

MAY IT PLEASE THE COURT:

    Defendants have filed a Motion for Summary Judgment requesting a hearing on June 21, 2000. Plaintiffs have filed a Motion to Continue said hearing requesting an extension of ninety days to conduct discovery necessary to prepare an opposition. As this issue must be heard at a time in advance of the June 21, 2000 hearing, plaintiffs respectfully request an expedited hearing.

Respectfully submitted,

_____
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

### CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by mail this _1st_ day of _June_, 2000.

_____
RICHARD A. WEIGAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

*************************************************************

O R D E R

Considering the foregoing Motion to Continue Hearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs Motion to Continue Hearing of defendants' Summary Judgment be set for the ____6th____ day of June, 2000. to be held via phone conference at 10:00 am to be initiated by plaintiff Counsel.

SIGNED in New Orleans, Louisiana, this 2nd day of June, 2000.

_____
JUDGE