MINUTE ENTRY
JUDGE PORTEOUS
June 6, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAWBOE PROPERTIES, L.L.C., ET AL. | CIVIL ACTION |
| VERSUS | 00-196 |
| WESTCHESTER FIRE INSURANCE COMPANY, ET AL. | SECTION "T"(2) |

### ORDER

The Court considered the "Motion to Continue Hearing" filed on behalf of the plaintiffs, Rawboe Properties, L.L.C. and Roger T. Boes, on this date. After having considered the memoranda filed on behalf of the parties together with the arguments of counsel, the Court finds that plaintiffs are entitled to a sixty day period in which they may conduct discovery prior to having to oppose defendant's Motion for Summary Judgment.

Accordingly,

**IT IS ORDERED** that the "Motion to Continue Hearing", filed on behalf of the plaintiffs, be and the same is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that defendant's Motion for Summary Judgment set for hearing on June 21, 2000, be and the same is hereby **CONTINUED** and reset for hearing on **Wednesday, August 30, 2000, at 10:00 a.m. without oral argument.**

DATE OF ENTRY
JUN 7 2000

_____
G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE