```
                                    UNITED STATES DISTRICT COURT
                                              FILED

                                    EASTERN DISTRICT OF LOUISIANA
                                           Loretta G. Whyte
                                                Clerk
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RAWBOE PROPERTIES, L.L.C.                              CIVIL ACTION

VERSUS                                                 NO. 00-0196

WESTCHESTER FIRE INS. CO.                              SECTION "T"

<u>PRELIMINARY CONFERENCE NOTICE</u>

    A PRELIMINARY CONFERENCE will be held <u>BY</u> <u>TELEPHONE</u> on JUNE 29, 2000 at 2:45 p.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

    <u>TRIAL COUNSEL</u> are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

                                                       _____
                                                       RICHARD E. WINDHORST, III
                                                       COURTROOM DEPUTY, SECTION T

NOTICE:    COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

            COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

```
                                                      __Fee_____
                                                      __Pr0cess___
                                                      _X_Dktd_____
                                                      __CtRemDep__
                                                      Doc. No._17_
```