UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 AUG 14  PM 2: 56
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | * | MAG. (2) (WILKINSON) |

***************************************************************

**MOTION FOR ORAL ARGUMENT**
*+ notice of Hearing*

NOW INTO COURT, through undersigned counsel, comes plaintiffs, RAWBOE PROPERTIES, L.L.C. and Roger T. Boes, who respectfully move this Honorable Court, pursuant to Local Civil Rule 78.1E, to grant oral argument on Plaintiffs' Opposition to Defendant Westchester's Motion for Summary Judgment and Cross Motion for Summary Judgment on the Issues of Liability, Bad Faith, and Ambiguity of Contract for the reasons more fully outlined in the attached Memorandum in Support of Motion for Oral Argument.

Respectfully submitted,

_Esther A. Redmann_
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by mail this 14th day of August, 2000.

_Esther A. Redmann_
RICHARD A. WEIGNAD
ESTHER A. REDMANN

DATE OF ENTRY
AUG 1 6 2000

Fee_____
Process____
X/Dktd__1G__
_CtRmDep___
Doc.No._26_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION FOR ORAL ARGUMENT**

MAY IT PLEASE THE COURT:

Defendant Westchester had filed a Motion for Rule 11 Sanctions in addition to its Motion for Summary Judgment. This Court has designated these matters for hearing on August 30, 2000 **WITHOUT ORAL ARGUMENT.**

In response, Plaintiffs filed a Motion in Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment on the Issues of Liability and Bad Faith and the Ambiguity of Contract.

The serious and unfounded allegations in the defendant's Motion for Rule 11 Sanctions require oral argument before this Court. Plaintiffs therefore respectfully request, pursuant to Local Rule 78.1E, this Honorable Court **set for oral argument on August 30, 2000 the Plaintiffs' Motion in Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment**

on the Issues of Liability and Bad Faith and Ambiguity of Contract.

Respectfully submitted,

*Esther A. Redmann*
_____
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by mail this 14th day of August, 2000.

*Esther A. Redmann*
_____
RICHARD A. WEIGAND
ESTHER A. REDMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

*****************************************************************

O R D E R

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Oral Argument on Plaintiffs' Opposition to Westchesters' Summary Judgment and Cross Motion for Summary Judgment on the Issues of Liability, Bad Faith, and Ambiguity of Contract, filed herein by plaintiffs be and is hereby scheduled **FOR ORAL ARGUMENT** before the Honorable Judge Porteous on August 30, 2000. AT 10:00 AM

Respectfully submitted,

_____
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

_____
Judge

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by mail this 14th day of August, 2000.

_____
RICHARD A. WEIGAND
ESTHER A. REDMANN