```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                      2000 AUG 21  PM 4: 18
                                               13,523
                                        LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, LLC and ROGER T. BOES | * | CIVIL ACTION NO.: 00-0196 |
| | * | DIVISION: "T" |
| VERSUS | | |
| | * | JUDGE PORTEOUS |
| WESTCHESTER FIRE INSURANCE COMPANY | * | SECTION (2) |
| * * * * * * * * | | MAGISTRATE WILKINSON |

**MOTION FOR EXPEDITED HEARING**

COMES NOW Westchester Fire Insurance Company, through undersigned counsel, and moves this Honorable Court for an expedited hearing on its Motion to Continue, as is more fully set forth in the accompanying Memorandum in Support

```
┌─────────────────┐
│  DATE OF ENTRY  │
│                 │
│   AUG 25 2000   │
└─────────────────┘
```

```
____Fee_____
____Process_____
_X__Dktd_____
____CtRmDep_____
____Doc.No._____
```

of Motion for Expedited Hearing.

                                        Respectfully submitted:

                                        _____
                                        NORMAN C. SULLIVAN, JR. (12574)
                                        RICHARD A. FRASER, III  (#5831)
                                        and
                                        GELPI SULLIVAN CARROLL
                                        Texaco Center
                                        400 Poydras Street, Suite 2525
                                        New Orleans, Louisiana  70130
                                        Telephone:  504.524.9714
                                        Attorneys for Westchester Fire
                                        Insurance Company

**OF COUNSEL:**

C. Michael Johnson
Laurie E. Dugoniths
Fellows, Johnson & La Briola, LLP
Ste. 2300, South tower
225 Peachtree Tower, N.E.
Atlanta, Georgia 30303
(404) 586-9200

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on this _21_ day of August, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, LLC and ROGER T. BOES | * | CIVIL ACTION NO.: 00-0196 |
| | * | DIVISION: "T" |
| VERSUS | * | JUDGE PORTEOUS |
| WESTCHESTER FIRE INSURANCE COMPANY | * | SECTION (2) |
| *  *  *  *  *  *  *  * | | MAGISTRATE WILKINSON |

**ORDER**

Considering the foregoing;

IT IS ORDERED that the hearing of Westchester Fire Insurance Company's, Motion to Continue be scheduled for **Wednesday** the **23rd** day of August, 2000, at **11:00** o'clock **a**.m.

New Orleans, Louisiana this ___ day of August, 2000.

_____
U.S. DISTRICT JUDGE

3