MINUTE ENTRY
JUDGE PORTEOUS
August 23, 2000

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 23 PM 3:57

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAWBOE PROPERTIES, L.L.C., ET AL. | CIVIL ACTION |
| VERSUS | 00-196 |
| WESTCHESTER FIRE INSURANCE COMPANY, ET AL. | SECTION "T"(2) |

### ORDER

An expedited hearing was held on this day, in attendance were:

**Richard A. Weigand,**
    Counsel for the Plaintiffs

**Richard A. Fraser, III**
**C. Michael Johnson**
    Counsel for the Defendant, Westchester Fire Insurance Company

At said conference, Westchester Fire Insurance Company's Motion to Continue the Hearings Set for August 30, 2000 was discussed. After having considered the memoranda filed on behalf of the parties together with the arguments of counsel, the Court finds that a continuance is warranted and will reschedule both Westchester Fire Insurance Company's Motion for Summary Judgment, as well as, Plaintiffs' Cross Motion for Summary Judgment for **Wednesday, September 27, 2000, to be considered on the briefs only, WITHOUT oral argument.** All opposition and reply memoranda are to be filed in accordance with the local rules of this Court based upon the above stated hearing date.

Accordingly,

DATE OF ENTRY
AUG 2 5 2000

1

Fee____
Process____
X  ktd____
✓ CtRmDep
  Doc.No.____

**IT IS ORDERED** that the "Motion to Continue Hearing", filed on behalf of the defendant, be and the same is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that defendant's Motion for Summary Judgment and plaintiffs' Cross Motion for Summary Judgment set for hearing on August 30, 2000, be and the same are hereby **CONTINUED** and reset for hearing on **Wednesday, September 27, 2000, at 10:00 a.m. without oral argument.**

**IT IS FURTHER ORDERED** that all opposition and reply memoranda be filed with the Court in accordance with the local rules of this Court based upon the September 27, 2000 hearing date.

                                    _____
                                    G. THOMAS PORTEOUS, JR.
                                    UNITED STATES DISTRICT JUDGE