UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs RAWBOE PROPERTIES, LLC and ROGER T. BOES, who respectfully move this Honorable Court for leave to file the attached PLAINTIFFS' REPLY MEMORANDUM TO WESTCHESTER'S RESPONSE BRIEF for the reasons more fully set out in the attached MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE.

Respectfully submitted,

_____
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by mail this 22nd day of September, 2000.

_____
RICHARD A. WEIGAND
ESTHER A. REDMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**MAY IT PLEASE THE COURT:**

This matter is set for hearing without oral argument for Wednesday, September 27, 2000. The Court will consider both parties' Motions for Summary Judgment solely on the written memorandum.

On August 25, 2000, this Honorable Court granted Westchester an extension of time to file a reply brief in support of its Motion for Summary Judgment and a response brief to the Plaintiffs' Cross Motion for Summary Judgment on the issues of bad faith and ambiguity of contract. Westchester filed said briefs on Monday, September 18, 2000. Plaintiffs' respectfully request that this Honorable Court grant plaintiff leave to file a brief reply to Westchester's response to the Cross Motion for Summary Judgment to allow plaintiffs an opportunity to address any expanded matters.

Respectfully submitted,

_/s/ Richard A. Weigand_
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by mail this 22nd day of September, 2000.

_____
RICHARD A. WEIGAND
ESTHER A. REDMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | * | MAG. (2) (WILKINSON) |

*****************************************************************

O R D E R

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave to file a reply memorandum is hereby granted.

Signed, this 25th day of September, 2000, New Orleans, Louisiana.

_____
JUDGE