*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2000 OCT 18 PM 4: 13*
*LORETTA G. WHYTE*
*CLERK*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, LLC and ROGER T. BOES | * | CIVIL ACTION NO.: 00-0196 |
| | * | DIVISION: "T" |
| VERSUS | | |
| | * | JUDGE PORTEOUS |
| WESTCHESTER FIRE INSURANCE COMPANY | * | SECTION (2) |
| * * * * * * * * | | MAGISTRATE WILKINSON |

**<u>MOTION FOR EXPEDITED HEARING</u>**

COMES NOW Westchester Fire Insurance Company, through undersigned counsel, and moves this Honorable Court for an expedited hearing on its Motion to

DATE OF ENTRY
OCT 2 3 2000



Continue Trial, for the reasons more fully set forth in the accompanying supporting memorandum.

Respectfully submitted:

_____
NORMAN C. SULLIVAN, JR. (12574)
RICHARD A. FRASER, III (#5831)
and
GELPI SULLIVAN CARROLL
Texaco Center
400 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Telephone: 504.524.9714
Attorneys for Westchester Fire
Insurance Company

**OF COUNSEL:**

C. Michael Johnson
Laurie E. Dugoniths
Fellows, Johnson & La Briola, LLP
Ste. 2300, South tower
225 Peachtree Tower, N.E.
Atlanta, Georgia 30303
(404) 586-9200

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___16___ day of October, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, LLC and ROGER T. BOES | * | CIVIL ACTION NO.: 00-0196 |
| | * | DIVISION: "T" |
| VERSUS | | |
| | * | JUDGE PORTEOUS |
| WESTCHESTER FIRE INSURANCE COMPANY | * | SECTION (2) |
| * * * * * * * * | | MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing;

IT IS ORDERED that the hearing on the Motion to Continue Trial filed by Westchester Fire Insurance Company be, and same is hereby, scheduled for Wednesday the 25th day of October, 2000, at 10 o'clock a.m.

New Orleans, Louisiana this 20 day of October, 2000.

_____
U.S. DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, LLC and ROGER T. BOES | * | CIVIL ACTION NO.: 00-0196 |
| | * | DIVISION: "T" |
| VERSUS | | |
| | * | JUDGE PORTEOUS |
| WESTCHESTER FIRE INSURANCE COMPANY | * | SECTION (2) |
| *   *   *   *   *   *   * | | MAGISTRATE WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR EXPEDITED HEARING**

**MAY IT PLEASE THE COURT:**

Movers request expedited hearing on this Motion Continue Trial upon showing that trial is currently scheduled for December 11, 2000, the deadline for completing all discovery is October 30, 2000, and this Court has pending cross Motions for Summary Judgment by both plaintiffs and defendant which may resolve all issues herein, or significantly limit the necessary discovery. There is not sufficient time before the expiration of the current discovery deadline to have this matter considered on the Court's regular hearing date. Accordingly, movers pray

1

for expedited hearing on the Motion to Continue Trial, or alternatively to extend discovery.

Respectfully submitted:

_____
NORMAN C. SULLIVAN, JR. (12574)
RICHARD A. FRASER, III (#5831)
GELPI SULLIVAN CARROLL
Texaco Center
400 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Telephone: 504.524.9714
Attorneys for Westchester Fire
Insurance Company

**OF COUNSEL:**

C. Michael Johnson
Laurie E. Dugoniths
Fellows, Johnson & La Briola, LLP
Ste. 2300, South tower
225 Peachtree Tower, N.E.
Atlanta, Georgia 30303
(404) 586-9200

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___10___ day of October, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

2