```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2000 OCT 23 PM 2:23
                UNITED STATES DISTRICT COURT
                                              LORETTA G. WHYTE
                EASTERN DISTRICT OF LOUISIANA     CLERK
```

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

*******************************************************************

### MOTION AND ORDER FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT WESTCHESTER'S MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes plaintiffs, RAWBOE PROPERTIES, LLC AND ROGER T. BOES, who respectfully seek leave to file its Opposition to defendant Westchester's Motion to Continue Trial, all for the reasons set forth in the supporting memorandum.

Respectfully submitted,

_____
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256

DATE OF ENTRY
OCT 25 2000

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by mail this _23rd_ day of _____, 2000.

_____
RICHARD A. WEIGAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RAWBOE PROPERTIES, L.L.C.       *       CIVIL ACTION
ET AL
                                *       NO. 00-0196

VERSUS
                                *       SECTION "T" (PORTEOUS)
WESTCHESTER FIRE INSURANCE CO.
                                *       MAG. (2) (WILKINSON)

*****************************************************************

## MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**MAY IT PLEASE THE COURT:**

Plaintiffs RAWBOE PROPERTIES, L.L.C. and Mr. ROGER T. BOES contacted the docket clerk on Monday, October 23, 2000 and received Notice that the Court set for hearing in two days, for Wednesday, October 25, 2000, on briefs, the Defendant's Motion for Expedited Hearing on Defendant's Motion to Continue Trial. Plaintiffs respectfully request the opportunity to present its position regarding the continuance of the trial as set forth in its Opposition to Defendant Westchester's Motion to Continue Trial.

Respectfully submitted,

_____
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by mail this ____ day of _____, 2000.

_____
RICHARD A. WEIGAND
ESTHER A. REDMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C. ET AL | * | CIVIL ACTION |
| | * | NO. 00-0196 |
| VERSUS | | |
| | * | SECTION "T" (PORTEOUS) |
| WESTCHESTER FIRE INSURANCE CO. | | |
| | * | MAG. (2) (WILKINSON) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

O R D E R

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave to file Opposition to Defendant Westchester's Motion to Continue Trial is hereby granted.

Signed, this 25th day of October, 2000, New Orleans, Louisiana.

_____
JUDGE