UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAWBOE PROPERTIES, L.L.C., ET AL.                     CIVIL ACTION

VERSUS                                                 00-196

WESTCHESTER FIRE INSURANCE COMPANY, ET AL.             SECTION "T"(2)



## ORDER

Before the Court is a "Motion to Continue Trial" filed on behalf of the defendant, Westchester Fire Insurance Company, which was heard on October 25, 2000, on an expedited basis. The parties waived oral argument and the matter was submitted on the briefs only. After having considered the memoranda filed on behalf of the parties, the Court record, the law and applicable jurisprudence, the Court finds that a continuance of the trial is warranted as the disposition of the pending cross-summary judgment motions will determine the extent of discovery that will be required.

Accordingly,

**IT IS ORDERED** that the "Motion to Continue Trial", filed on behalf of the defendant, Westchester Fire Insurance Company, be and the same is hereby **GRANTED**. A preliminary telephone conference will be held on 8th day of November, 2000 at 2:30 o'clock p.m. for the purpose of selecting a new trial date.

New Orleans, Louisiana, this 25th day of October, 2000.

DATE OF ENTRY
OCT 26 2000

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____