

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C., et. al. | * * * * | CIVIL ACTION NO. 00-0196<br><br>Section "T" |
| v. | * * * | MAGISTRATE (2) |
| WESTCHESTER FIRE INSURANCE COMPANY | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PETITION FOR ADMISSION PRO HAC VICE
### APPOINTMENT OF LAURIE E. DUGONITHS

Pursuant to Rule 83.2.6 of the Local Rules, **LAURIE E. DUGONITHS** files this Petition for Admission Pro Hac Vice and respectfully shows the Court the following:

1. That **LAURIE E. DUGONITHS** hereby requests permission to appear pro hac vice, as co-counsel with Norman C. Sullivan and Richard A. Fraser, III in the above action;

2. That **LAURIE E. DUGONITHS** has associated with and will have personally appearing with her in this case, Norman C. Sullivan or Richard A. Fraser, III, who are residents of the State of Louisiana, reside in the Eastern District and are duly and legally admitted to practice in this Court and upon whom service may be made and in all matters connected with such legal proceedings or a disciplinary matter with the same affect as if personally made on **LAURIE E. DUGONITHS**.

3. That **LAURIE E. DUGONITHS** is admitted to practice before the following Courts: Georgia State Courts (1999) and the United States District Court for

DATE OF ENTRY

NOV 1 4 2000

the Northern District of Georgia (2000), as evidenced by the Certificate of Good Standing attached hereto and made a part hereof as composite Exhibit "A";

4. That **LAURIE E. DUGONITHS** is not a resident of the district and does not maintain an office in this district; and

5. That **LAURIE E. DUGONITHS** requests the Court grant her permission to represent Westchester Fire Insurance Company before this Court in this particular case.

WHEREFORE, the Petitioner requests that this Petition be inquired into and that an Order issue granting admission Pro Hac Vice in this action.

This 6th day of November, 2000.

_____
NORMAN C. SULLIVAN, JR. T.A. (#12574)
RICHARD A. FRASER (#5831)
GELPI SULLIVAN CARROLL
Texaco Center
400 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Telephone: 504.524.9714

C. Michael Johnson, Esquire
Laurie E. Dugoniths, Esquire
FELLOWS, JOHNSON & LA BRIOLA, LLP
South Tower, Suite 2300
225 Peachtree Street N.E.
Atlanta, Georgia 30303
(404) 586-9200

Attorneys for Westchester Fire Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAWBOE PROPERTIES, L.L.C., et. al. | * * * * | CIVIL ACTION NO. 00-0196 <br> Section "T" |
| v. | * * * | MAGISTRATE (2) |
| WESTCHESTER FIRE INSURANCE COMPANY | * * * | |

* * * * * * * * * * * * * * * *

## ORDER

It appearing that **LAURIE E. DUGONITHS** being member of good standing for the Bar of the United States District Court of the Northern District of Georgia, and it appearing that said attorney has met the requirements of the Local Rules of this Court, she is hereby admitted to the Bar of this Court as attorney for the Plaintiff Westchester Fire Insurance Company in this case only.

SO ORDERED this _9th_ day of _November_, 2000.

_____
Judge, United States District Court