UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 18 PM 4:31

LORETTA G. WHYTE
CLERK

RAWBOE PROPERTIES, L.L.C., ET AL           CIVIL ACTION

VERSUS                                      00-196

WESTCHESTER FIRE INSURANCE COMPANY          SECTION "T"(2)

## FINAL JUDGMENT

The Court having granted the Motion for Summary Judgment filed on behalf of the defendant, Westchester Fire Insurance Company, and having denied the Cross Motion for Summary Judgment filed on behalf of the plaintiffs, Rawboe Properties, L.L.C. and Roger T. Boes, accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be Judgment in favor of the defendant, Westchester Fire Insurance Company, and against the plaintiffs, Rawboe Properties, L.L.C. and Roger T. Boes, with each party bearing their own taxable costs and expenses.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all of plaintiffs' claims be, and the same are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this _18th_ day of December, 2000.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 19 2000

____Fee____
____Process____
_X__Dktd____
____CtRmDep____
____Doc.No.____