FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 17 AM 9:45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RAWBOE PROPERTIES, L.L.C.          *   CIVIL ACTION
ET AL
                                   *   NO. 00-0196

VERSUS
                                   *   SECTION "T" (PORTEOUS)
WESTCHESTER FIRE INSURANCE CO.
                                   *   MAG. (2) (WILKINSON)

*****************************************************************

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Rawboe Properties, L.L.C. and Roger T. Boes in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment issued by Judge G. Thomas Porteous, Jr., summarized as follows:

Plaintiffs appeal the final judgment granting defendant Westchester Fire Insurance Company's Motion for Summary Judgment and denying Plaintiffs' Cross Motion for Summary Judgment thereby dismissing plaintiffs' claims with prejudice;

Said judgment included a finding that the policy of insurance in this case was not ambiguous and therefore required the filing of a LAWSUIT within two years from the subject loss; thus, because plaintiffs had not filed a lawsuit within the two year contractual period, the Court found that plaintiffs' right to make a supplemental claim prescribed.

Plaintiffs further appeal the final judgment finding that defendant Westchester Fire Insurance Company was not required to

make an unconditional tender of the claim and thus did not act in bad faith as alleged by plaintiffs pursuit to Louisiana Revised Statute 22:658 and 22:1220.

Said judgment was entered in this action on the 18th day of December, 2000.

Respectfully submitted,

_____
Richard A. Weigand, T.A. (#13324)
Esther A. Redmann (#22854)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256
Attorneys for Plaintiffs/Appellants
Rawboe Properties, L.L.C. and
Roger T. Boes

### CERTIFICATE OF SERVICE

I do hereby certify that a courtesy copy of the above and foregoing has been served upon all counsel of record, by mail this 17th day of January, 2001.

_____
RICHARD A. WEIGAND
ESTHER A. REDMANN