# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT



U. S. COURT OF APPEALS
**FILED**
JUN 1 9 2001
CHARLES R. FULBRUGE III
CLERK

No. 01-30108
Summary Calendar

D.C. Docket No. 00-CV-196-T

RAWBOE PROPERTIES LLC; ROGER T BOES

Plaintiffs - Appellants

v.

WESTCHESTER FIRE INSURANCE COMPANY; ET AL

Defendants

WESTCHESTER FIRE INSURANCE COMPANY

Defendant - Appellee

**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 1 1 2001

**LORETTA G. WHYTE**
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUL 1 1 2001

OP-S-J-1

____Fee____
____Process____
X_Dktd____
____CtRmDep____
Doc.No.____

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana      JUL 1 1 2001

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

U.S. COURT OF APPEALS

**FILED**

JUN 1 9 2001

CHARLES R. FULBRUGE III
CLERK

No. 01-30108

Summary Calendar

RAWBOE PROPERTIES LLC; ROGER T. BOES,

Plaintiffs-Appellants,

VERSUS

WESTCHESTER FIRE INSURANCE COMPANY; ET AL,

Defendants

WESTCHESTER FIRE INSURANCE COMPANY

Defendant-Appellee

Appeal from the United States District Court
For the Eastern District of Louisiana, New Orleans

(00-CV-196-T)

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellants Rawboe Properties, L.L.C., and Roger T. Boes appeal
the district court's grant of summary judgment on claims for
damages under a fire insurance policy.

---

[*]Pursuant to 5ᵀᴴ Cir. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ Cir. R. 47.5.4.

No. 01-30108
--2--

Appellee Westchester issued a fire insurance policy to Rawboe, which, *inter alia*, required all claims to be submitted within two years of knowledge of loss. The insured property was damaged as a result of a fire, and Westchester received two estimates on the damage, both of which were for $26,710.60. The Appellants signed a Proof of Loss for that amount minus a deductible cost and a subrogation receipt, stating that payment was received in full settlement of all claims. After the two year prescription period, the Appellants filed suit for additional damages, but the district court granted summary judgment to the Appellee.

This court reviews a grant of summary judgment de novo, applying the same standards as the district court. Sherrod v. Am. Airlines, Inc., 132 F.3d 1112, 1119 (5th Cir. 1998). Summary judgment is granted if there is no genuine issue of material fact and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c); Celotex Corp. v. Catrett, 477 U.S. 317, 327 (1986).

Under Louisiana law, when the insured and insurer reasonably disagree as to the amount of loss, the insurer may refuse to pay and not be subject to penalties. Sibley v. Insured Lloyds, 442 So. 2d 627, 632 (La. App. 1st Cir. 1983). However, if part of the claim is not disputed, the insurer may avoid penalties by unconditionally tendering payment as to the undisputed part. Id. Rawboe has failed to present evidence that the claim was in dispute at the

No. 01-30108
--3--

time of the settlement.  Since there was no dispute, Westchester
was not compelled to make an unconditional offer.  Furthermore,
under the plain terms of the contract, Rawboe's claims prescribed.

Accordingly, we AFFIRM the judgment of the district court.
AFFIRMED.

01-30108

U.S. COURT OF APPEALS

F I L E D

JUL 03 2001

CHARLES R. FULBRUGE III
CLERK

*SEE REVERSE SIDE FOR LOCAL & FRAP RULES
GOVERNING TAXATION OF COSTS

OPJDT-7

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BILL OF COSTS

No. 01-30108

RAWBOE PROPERTIES LLC etal. v. WESTCHESTER Fire Insurance

The Clerk is requested to tax the following costs against: Rawbod Properties LLC + Roscoe T. Boes (Appellants)

NOTE: The 'Bill of Costs is due for filling in this office **within 14 days from the date of the opinion.** In accordance with Local Rule 39 F.R.A.P. If a bill of costs is not timely filed in this office, processing can be accomplished only by the filing of a formal motion for leave to file same out of time.

| COSTS TAXABLE UNDER FRAP & LOCAL RULES 39 | REQUESTED | | | | ALLOWED (if different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket fee ($100.00) | | | | 100.00 | 9 | 24 | .11 | 23.76 |
| Appendix or Record Excerpts | 9 | 24 | .11 | 23.76 | | | | |
| Appellant's Brief | | | | | 11 | 25 | .11 | 30.25 |
| Appellee's Brief | 11 | 25 | .11 | 30.25 | | | | |
| Appellant's Reply Brief | | | | | 20 | — | — | 81.75 |
| Other: COLATINA BINDING | 20 | N/A | N/A | 8.75 | 20 | — | — | 81.75 |
| | | | Total $ | 235.7 | | | Costs are taxed in the amount of $ | 135.76 |

Costs are hereby taxed in the amount of $ 135.76 this 11th day of July, 2001.

State of
County of ___Louisiana___

I, _Richard A. Fraser, III___, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This __3__ day of __July__, 200_1_.

By [signature] CHARLES R. FULBRUGE III, CLERK
Deputy Clerk

Richard A. Fraser
(Signature)

Attorney for _WESTCHESTER Fire Insurance Co._

U.S. COURT OF APPEALS
RECEIVED
JUL 3 2001
NEW ORLEANS, LA

*United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

July 11, 2001



Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130

        No. 01-30108 Rawboe Properties v. Westchester Fire Ins
             USDC No. 00-CV-196-T

Enclosed, for the district court only, is a certified copy of the
judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's
opinion.

Record/original papers/exhibits are returned:

( 2 ) Volumes    (   ) Envelopes    ( 1 ) Box

Enclosed for the district court and counsel is the approved bill of
costs.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

              By: _____
                    John Alwert, Deputy Clerk
                    504/589-6514 ITCM # 213

cc: (letter only)
    Honorable G Thomas Porteous Jr
    Mr Richard A Weigand
    Mr Richard A Fraser III
    Mr C Michael Johnson